IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAELENE JO FORMANACK,

    Plaintiff,　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　Case No. 14-cv-859-jdp

ROSIE RIOS,

    Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson  presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice as frivolous.

| /s/ | 7/6/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |