IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAELENE JO FORMANACK,

                Plaintiff,                      ORDER

v.

                                              14-cv-859-jdp

ROSIE RIOS,

                Defendant.

In a July 6, 2015 order, I dismissed this civil action brought by plaintiff Michaelene Jo Formanack because the complaint was "grounded in long-discredited 'sovereign citizen' theories of federal, state, and local government illegitimacy that cannot support any viable claims." Dkt. 9. The same day the dismissal order was entered, plaintiff submitted a document titled "Amended Bill in Equity," Dkt. 7, which I understand to be an amended complaint. The amended complaint contains the same problems as the original complaint, and there is nothing in the new filing that persuades me to reopen the case. Accordingly, IT IS ORDERED that plaintiff's motion to amend her complaint is DENIED and the case will remain closed.

      Entered July 16, 2015.

                                              BY THE COURT:

                                              /s/

                                              _____
                                              JAMES D. PETERSON
                                              District Judge