|| 7014 1820 0000 9325 6235 || RE046045771US

PRIVATE    SPECIAL    CONFIDENTIAL    PROPRIETARY    RESTRICTED

To the Honorable James D. Peterson, Chancellor holding the Chancery Court at Madison, Wisconsin.

i, a free woman, formanack (nee florian), michaelene jo, claimant, coming *Sui Juris*, special and private national of wisconsin, located within a non-military occupied private estate, outside a "Federal District," not subject to the jurisdiction of the "United States.," now coming as the only real party in interest, third party intervener, beneficiary.

*vs.*

Rosa G. Rios, Treasurer of the United States
MICHAELENE J. FORMANACK
STATE OF WISCONSIN
Any and all Un-Known Defendants connected with the creation                    Defendants
and control of this legal STATE REGISTERED ENTITY

## NOTICE OF APPEAL

i, a free woman, formanack (nee florian), michaelene jo, claimant, coming *Sui Juris*, special and private national of wisconsin, located within a non-military occupied private estate, outside a "Federal District," not subject to the jurisdiction of the "United States.," now coming as the only real party in interest, third party intervener, beneficiary.

Since the Court saw fit to not allow representation of i, a free woman, formanack, michaelene jo's interests. i.e. the Court changed the status of i, michaelene jo's suit to one of a U.S. Citizen, which i, michaelene jo AM NOT, i michaelene jo, the real party of interest, 3rd party intervener, originator of this suit, reserve all right to appeal in the Court of Appeals, without recourse, giving up none of i, michaelene jo's rights as given to me by my Creator.

Sealed by my hand, this 3rd day of August, 2015.

michaelene jo

national of wisconsin